IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., WYETH LLC, PFIZER PHARMACEUTICALS LLC, PF PRISM C.V. and PFIZER MANUFACTURING HOLDINGS LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-26 (SLR) (SRF) |
| MYLAN INC., MYLAN LABORATORIES LIMITED and MYLAN PHARMACEUTICALS INC., | ) ) ) ) ) | REDACTED - PUBLIC VERSION |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR THE ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF MARCH 18, 1970**

OF COUNSEL:

Thomas H.L. Selby
Adam D. Harber
Galina I. Fomenkova
Martha C. Kidd
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

December 31, 2015 - Original Filing Date
January 6, 2016 - Redacted Filing Date

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

Plaintiffs Pfizer Inc., Wyeth LLC, Pfizer Pharmaceuticals LLC, PF PRISM C.V., and Pfizer Manufacturing Holdings LLC (collectively, "Pfizer" or "Plaintiffs") move for the issuance by the Court of Letter of Request in the form attached hereto as Exhibit A, addressed to the appropriate Central Authority in India and requesting that the Authority direct ▉▉▉▉▉ ▉▉▉▉▉▉▉▉, which is an Indian company, to provide representatives of the company to appear for examination. This motion is made pursuant to, and in conformity with, The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, reprinted in 28 U.S.C. § 1781 ("Hague Convention"), which is in force between the United States and India.

In this action, Pfizer alleges infringement of U.S. Patent No. 7,879,828 (the "'828 patent") and U.S. Patent No. 8,372,995 (the "'995 patent") (collectively, the "Patents-in-suit"), which relate to drug formulations including tigecycline and crystalline forms of tigecycline (as well as processes for producing such compounds), respectively. Pfizer alleges, *inter alia*, that the submission of ANDA No. ▉▉▉▉▉ for Tigecycline for Injection, 50 mg/vial ("ANDA Product") by Defendants Mylan Inc., Mylan Laboratories Limited, and Mylan Pharmaceuticals Inc. ("Mylan" or "Defendants"), constitutes an act of patent infringement with respect to each of the Patents-in-suit under 35 U.S.C. § 271(e)(2)(A). *E.g.*, Dkt. No. 1. Pfizer further alleges, *inter alia*, that the manufacture, use, offer for sale, sale, marketing, distribution, and/or importation of Mylan's ANDA Product would infringe one or more claims of each of the Patents-in-suit. *Id.* More specifically, Pfizer asserts that the following infringe one or more of the asserted claims of the Patents-in-suit: The tigecycline IV infusion, 50 mg/vial product that is the subject of ANDA No. ▉▉▉▉▉, the processes used to make the tigecycline IV infusion, 50 mg/vial product that is the subject of ANDA No. ▉▉▉▉▉, and any other materials, intermediate or otherwise, produced

by the processes used to make the tigecycline IV infusion, 50 mg/vial product that is the subject of ANDA No. ▓▓▓▓.

In defense of the allegations of infringement, Mylan has asserted that the Patents-in-suit are invalid and/or not infringed. Mylan has also asserted counterclaims seeking a declaratory judgment of invalidity and/or noninfringement of the Patents-in-suit.

The grounds for this motion are set forth in the Letter of Request submitted herewith as Exhibit A. In short, discovery regarding the tigecycline used in Mylan's ANDA Product, including the method by which it is manufactured, data regarding production batches of tigecycline, and data regarding intermediate chemical entities, structures, and/or polymorphs that may be formed during the production of tigecycline used in Mylan's ANDA Product, is relevant for Pfizer to prove infringement of at least some of the asserted claims in this case. However, Mylan itself does not manufacture the tigecycline used in its ANDA Product. Instead, the documents list Indian company ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as the manufacturer of the tigecycline used in Mylan's ANDA Product. Accordingly, Pfizer believes that ▓▓▓▓ ▓▓▓▓▓▓▓▓ and its employees possess information and documents that are relevant to prove infringement of at least some of the asserted claims in this case.[1]

Pfizer presently believes that the Hague Convention provides the only means of obtaining testimony and/or document production from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

---

[1] This case is part of a series of Hatch-Waxman actions brought in this District against various Defendants related to Pfizer's drug Tygacil®. Pfizer filed similar motions seeking discovery under the Hague Convention from the entities that manufactured the Defendants' drug products or active pharmaceutical ingredients in those cases as well. *See Pfizer Inc. et al. v. Fresenius Kabi USA, LLC*, C.A. No. 13-1893 (SLR)(SRF), Dkt. No. 35; *Pfizer Inc. et al. v. CFT Pharmaceuticals LLC*, C.A. No. 14-781 (SLR)(SRF), Dkt. No. 45; *Pfizer Inc. et al. v. Aurobindo Pharma Ltd. and Aurobino Pharma USA Inc.*, C.A. No. 14-872 (SLR)(SRF), Dkt. No. 46. The Court issued the Letter of Request in each of those case. *Fresenius Kabi*, C.A. No. 13-1893 (SLR)(SRF), Dkt. No. 70, 71 (issuing requests after minor modifications which are reflected in the requests filed here); *CFT Pharmaceuticals*, C.A. No. 14-781 (SLR)(SRF), Dkt. No. 47; *Aurobindo Pharma Ltd.*, C.A. No. 14-872 (SLR)(SRF), Dkt. No. 52.

For those reasons, Pfizer respectfully submits that the proposed Letter of Request is just and appropriate, and Pfizer specifically requests that the Court sign and issue the Letter of Request.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:
Thomas H.L. Selby
Adam D. Harber
Galina I. Fomenkova
Martha C. Kidd
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

December 31, 2015

# CERTIFICATION PURSUANT TO
# DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, the undersigned counsel for Plaintiffs Pfizer Inc., Wyeth LLC, Pfizer Pharmaceuticals LLC, PF PRISM C.V., and Pfizer Manufacturing Holdings LLC, ("Plaintiffs") certifies that reasonable efforts were made to reach agreement with Defendants' counsel with respect to Plaintiffs' Motion for the Issuance of Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of March 18, 1970. In a call on December 16, 2015, and emails on December 17, 2015 and December 22, 2015 Plaintiffs requested Defendants' consent to file this motion. Plaintiffs requested that Defendants provide a response by December 29, 2015, but have not received a response from Defendants on whether they intend to oppose the motion.

Dated: December 31, 2015                                     */s/ Maryellen Noreika*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., WYETH LLC, PFIZER PHARMACEUTICALS LLC, PF PRISM C.V. and PFIZER MANUFACTURING HOLDINGS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC., MYLAN LABORATORIES LIMITED and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 15-26 (SLR) (SRF) ) ) ) ) ) ) ) |

### **[PROPOSED] ORDER**

WHEREAS, Plaintiffs Pfizer Inc., Wyeth LLC, Pfizer Pharmaceuticals LLC, PF PRISM C.V., and Pfizer Manufacturing Holdings LLC ("Plaintiffs"), having filed a Motion for the Issuance of Letter of Request for International Judicial Assistance ("Motion"), and good cause having been shown;

IT IS HEREBY ORDERED that Plaintiffs' Motion request assistance from the appropriate judicial authority in India to compel testimony and for the collection of documents is GRANTED.

The executed Letter of Request with the Seal of the Court is attached. Plaintiffs shall forward the Letter of Request to the appropriate Indian authorities.

Dated: _____  _____
UNITED STATES DISTRICT JUDGE